FILED

OCT 1 2 2017

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>vs.<br><br>**AARON MOE,**<br><br>**Defendant.** | 17-po-5214-JTJ<br>VIOLATIONS:<br>6564249<br>6564250<br><br>Location Code: M13<br><br>**ORDER** |
|---|---|

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $970 and a $30 processing fee for VN 6564249 and $120 and a $30 processing fee for VN 6564250. The fine will be paid in full on or before October 12, 2017.

Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant will submit documentation of successful completion of ACT or Prime for Life, or similar alcohol education course, to the Court on or before January 9, 2018. The defendant shall mail the documentation to the Clerk of Court at the following address:

Clerk of Court
United States District Court
Missouri River Courthouse
125 Central Avenue West, Suite 110
Great Falls, MT 59404

The defendant shall pay any and all expenses incurred from completing the above referenced condition;

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for October 12, 2017, is VACATED.

DATED this 12th day of October, 2017.

John Johnston
United States Magistrate Judge

2